IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSHUA B. COLE, individually and on behalf of R AND D USA, LLC d/b/a SCRIBNER NATURAL PRODUCTS, a Nebraska limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>R AND D USA, LLC d/b/a SCRIBNER NATURAL PRODUCTS, a Nebraska limited liability company, RICHARD W. BELL, and DAVID E. DENNIS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:18-cv-03013<br><br><br>NOTICE OF DISMISSAL<br>WITHOUT PREJUDICE |

COMES NOW Plaintiff Joshua B. Cole, individually and on behalf of R and D USA, LLC d/b/a Scribner Natural Products, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and hereby provides notice of its dismissal of this action without prejudice.

Dated this 12th day of April, 2018

JOSHUA B. COLE, individually and on behalf of R AND D USA, LLC d/b/a SCRIBNER NATURAL PRODUCTS, a Nebraska limited liability company, Plaintiff

By:   CLINE WILLIAMS
        WRIGHT JOHNSON & OLDFATHER, L.L.P.
        233 South 13th Street
        1900 U.S. Bank Building
        Lincoln, NE 68508-2095
        (402) 474-6900
        abarry@clinewilliams.com
        gfrayser@clinewilliams.com

By:    s/ Andre R. Barry
        Andre R. Barry - #22505
        Gregory S. Frayser - #24400


CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Thomas H. Dahlk                    tom.dahlk@kutakrock.com
Victoria H. Buter                  vicki.buter@kutakrock.com


                        s/Andre R. Barry
                        Andre R. Barry, # 22505


4846-8092-0929, v. 1

2